# EXHIBIT B

MARY J HENRY

October 15, 2025

Your Honor,

My name is Mary Henry, and I am writing on behalf of Howard Rubin whom I married in 1985. I understand the serious charges made against him and cannot comment on them.  I filed for divorce in 2021 and the divorce action is pending. We have been physically separated for several years. However, I do not believe that Howie is a flight risk if he is released and I am willing to risk losing a majority of my assets if Howie violates the terms of bail.

Howie and I met in graduate school over  45 years ago.  When I first met him, I was immediately attracted to his intelligence, sense of humor, quick wit, and kindness. He was well-liked by our classmates and later, on Wall Street where he was known as a "nice" trader, respected for his professionalism and even temperament. He was not only wonderful to our children as I describe below, but also to my mother who fortunately never learned of Howie's problems (she died in 2019).  She always loved Howie. The feeling was mutual. They shared a competitive spirit and played all kinds of card games, board games, and even tennis until she was 80. One of the last things she said to Howie when we gathered for her 100th birthday was: "My daughter is so lucky to have married you." He hugged her and replied: "I'm the lucky one."

I was shocked and angered by the news of Howie's arrest just as I was by the news of his civil suit almost eight years ago.  Although I realized my marriage was over many years ago, in both 2017 and 2025, my thoughts immediately turned to my children who I knew would be devastated by the news of their father whom they always loved and admired.  Our three children were each adopted shortly after birth and have faced challenges that many adopted children experience, including feelings of anxiety and abandonment as they made their way in school and life.  Howie retired in 1999 at the age of 44 and at the peak of his career to spend more time with them when they were 6, 5 and 3.  Howie spent years playing with them, taking them to doctor appointments and the playground, to birthday parties and special trips, reading to them and helping with homework, and volunteering at their school.  Howie was well known as a most devoted parent among teachers, family, adult friends, and the friends of his children.  Through it all, the children always knew they were deeply loved and supported by their father.  He has been a constant, unwavering presence in their lives.

In addition to our immediate family, Howie provided emotional and financial support to his brothers' families and to friends who struggled at times, especially after the 2008 financial crisis, paying school and college tuitions, rent, and medical expenses.

Though Howie and I have separate lives, homes and finances, we've remained co-parents in raising and supporting our children and now in caring for our grandchildren.  We both babysit our grandchildren and have shared dinners with our daughter and her growing family. We have celebrated Thanksgiving together at the home of Howie's brother.  Our children, who are still finding their way in the world, continue to rely on us both for support.  As we have all their lives, we cheer for their successes and console them during their troubles, especially now.

I understand far too well the serious charges before the Court. I can only speak from my own experience when I say they do not represent the Howie Rubin I saw: a caring father, a loving son-in-law, and devoted grandfather known affectionately as "Pops". He would never abandon his family. He has always placed them at the center of his life, and they remain his greatest source of strength. I believe in his commitment to his family and am not concerned that he would flee from his obligations under a bail agreement.

Respectfully,

Mary J Henry