# EXHIBIT D

October 2, 2025

I am writing in regard to Howard Rubin. I met Howard over a year ago when he started bringing his oldest granddaughter for swim lessons. Howard (or as I affectionately call him, "Pops"), brings his two granddaughters for swim lessons with me every week. Pops is so kind and truly devoted to his granddaughters. He is there faithfully every week, watching our lessons and cheering the girls on. I adore his granddaughters, and love seeing them grow and learn as swimmers. But I have also become very fond of Pops. He is the true essence of what a grandfather should be.

"Miss Donna"