# EXHIBIT E

October 2, 2025


To Whom it May Concern,

My name is Diana Shyket, and I am a dance teacher.  I have been teaching B____ for the past three years and have gotten to know her family very well.  One person in particular I see at the dance studio on a regular basis is Howard Rubin, B's grandfather. He brings her to ballet and tap class every week, and they are usually early.  He has the sweetest relationship with her.  He's always watching her dance in the observation window and cheering her on.  Even after class is over, I always wave to them as they head over to the next door pizza parlor for a little pizza date together.  Howard is fully present in her life, and I see it weekly.  I've even run into him at the local drive-in when he, his daughter, and all the grandkids were there.  It was a cute little daddy, daughter, and grandkids lunch date.  We chatted a bit, and I got to see just how sweet this family is together, even outside the dance studio.  I could see how Howard really appreciates his family life and loves them to pieces.  He is a really genuine person.

Best Regards,

Diana Shyket