# EXHIBIT F

## JONATHAN RUBIN

To Whom It May Concern,

My name is Jonathan Rubin, and I am writing to provide a character reference on behalf of my brother, Howard Rubin, who is applying for bail. I understand and will not try to minimize the seriousness of the allegations with which he has been charged. As one of his closest family members, my aim is to provide my perspective on his character.

Howard and I grew up in the 1960s, living a typical middle-class life in the Boston suburbs. That "typical" life took a tragic turn when I was nine years old and Howard ("Howie" to his family and friends) was 13. Our mother was diagnosed with breast cancer and died several months later in the spring of 1968. Our oldest brother, Ken, left for college a year later, leaving me, Howie and our father, who was working full-time and doing his best to raise his three boys. For the next four years, at home and at summer camp (where one summer he was named the "Star Camper"), Howie was my guiding light, the person I looked up to most for his caring, kindness, and humor. I literally can't imagine how I would have coped without him by my side.

In adolescence (Howie's early adulthood), although we were not living together, he continued to support me through a difficult period. By that time my father had remarried. His new wife did not get along with my brothers or me, which affected my relationship with my father. I felt very alone during that period, and Howie's love again reminded me that I had a place in the world.

His care, love and kindness for me and now my family, have never abated. After college, he let me stay with him and his roommates in their apartment. As I was raising my family, "Uncle Howie" was always my daughters' favorite uncle, for his energy, his laugh and his playfulness. As they grew, his extraordinary generosity continued, as he funded their college tuition. That generosity was extended to several other family members, but was not limited to family: I am aware of great generosity – both financial and emotional – he showed to friends going through difficult times.

He and his wife tried to start their own family as well, but after years of trying, were not able to conceive. They adopted three wonderful children, and Howie gave his heart to them. He retired for eight years at the peak of his career so he could spend as much time as possible with them.

His devotion to his family continues. He is a full-time caregiver for his daughter's three young children. Despite being 70 years old, his fantastic energy allows his grandchildren's beloved "Pops" to keep up with them, step-for-step. He continues to support his two sons emotionally as well. They all depend on him.

This is the Howard Rubin I know and whose character I can attest to. His family is his entire life. He depends on them, and they depend on him. I'd ask that you grant him bail so that they can continue to rely on that support and so that he can prepare to address these serious charges with his family by his side.

Yours truly,

Jonathan Rubin