# EXHIBIT G

September 30, 2025

Benjamin E. Rosenberg Esq.
Dechert LLP
Three Bryant Park
New York, New York 10036

RE:  Support Letter for Howard Rubin
       Bail Hearing

Dear Mr. Rosenberg;

   I am writing this letter in support of my brother Howard Rubin's bail request.  Howie is my younger brother and realistically been the patriarch of the family for a number of years.  Our mother died when he was only 13 years old, yet he was always the one who kept the family close through the years.

   He was always a supportive brother and attended both mine and my youngest brother's graduations, weddings and family celebrations.  All three of the brothers remained close friends through the years and we would meet for a brother's dinner periodically to stay close.  Currently my two brothers live close to each other and see each other frequently.  And all three of us still see each other occasionally.   We all try to stay close.

   In adulthood, Howard was always the one who would hold family events like Thanksgiving and other family get togethers.  He would also plan for the entire family to come down to his home at the beach for a week's vacation each summer.  Truly the family stayed close because of Howie.  Family is the most important thing in his life.  He is truly loved by the family.

   What I'm trying to emphasize is that he has always had close ties with the family and would continue to dedicate himself to his family, if he was allowed bail pending the outcome of his trial.

   As further evidence of his ties to the community, I've never met a grandfather who has dedicated his life to his grandchildren, the way Howie has done. He moved to Connecticut to be close to his daughter and grandchildren and is with all of them most days. The energy he has with three small children is remarkable for a seventy year old grandfather. He loves those grandchildren unconditionally.

   Howie has also been a wonderful father as well as grandfather. He is so supportive of his children. The patience and love he has for his children is inspiring. He lives in close proximity to his daughter and visits his sons on a regular basis.

   I know that the court considers flight risks when considering bail applications. I can assure the Court that my brother would continue to maintain his relationships with the entire family and would not be a risk at all.

   Please consider these factors and set a bail that allows my brother the ability to remain with his family.

   I assure you that he will be present at each and every stage of the proceedings.

                                                                                                Sincerely,

                                                                                                Kenneth N Rubin