# EXHIBIT H

Molly Rubin

*The Honorable Peggy Kuo*
*United States District Court for the New York Eastern District*
*225 Cadman Plaza East, Brooklyn, NY 11201*

Your Honor,

I am writing to you with a heavy heart regarding my uncle, Howard Rubin, who is currently before the court on very serious charges. I want to begin by expressing that I fully understand the gravity of these allegations and the importance of the decisions before you. I am not here to minimize the seriousness of the situation, but rather to share my honest experience of the person I have known my entire life.

My uncle has always been a source of extraordinary love, generosity, and kindness. He is in many ways the heart and soul of our family, welcoming us into his home for countless family get-togethers, Thanksgiving dinners, Passover seders, birthdays, and anniversaries. He was a pillar of strength for all of us after the deaths of both my grandparents. He has provided for me and my family in countless ways, including supporting my education and inviting me to live with him when I was beginning my career and could not afford a place of my own.

As an adult, I continue to see the same warmth and devotion in him. He is a force of gravity and the connective tissue that has kept our family together. He checks in on us regularly, hosts family dinners, gives us career advice, and has made spending time together a priority as we've grown and started families of our own. No one in my life has made me feel more loved and supported. My husband has experienced this same generosity and affection; my uncle welcomed him into our family as if he had always been a part of it.

I have never known my uncle to be anything but kind, selfless, and deeply devoted to the people he loves. Our family would not be who we are without his constant care and support. While I cannot speak to the matters before the court, I can speak to the character of the man I have known all my life. For these reasons, I respectfully ask that you consider granting him bail so that he can be with the family who loves him as he awaits the resolution of this case.

Thank you for your time and for considering my perspective.

Respectfully,

Molly Rubin
Niece of Howard Rubin