# EXHIBIT I

Denise Fernandez DC

September 29, 2025

To Whom It May Concern:

This letter is written on behalf of Howard Rubin. I have known Howard Rubin for three years, first meeting him when he rented my home in Fairfield, CT. Over the past three years, I have only seen a man who is extremely committed to his children, grandchildren, and his wife. During the times I have been in his presence, Howard is always calm, respectful, and conscientious of others. Our conversations have centered on his children and grandchildren, and his pride and enjoyment in spending time with them and attending all their events. Howard is extremely generous with his time to help with the grandchildren, even at a last-minute request to babysit, without a second of hesitation. Howard is never not available to his children, whether by phone or in person.

As his landlord, I have lived in the cottage across the street from my home and have direct view of the house and property. I am often within full view of the house and property as I am frequently helping the neighbors next door to my home with outdoor projects or at their homes for dinner. Both neighbor homes give me direct view of the property and the house. I have been on the property at various times of the day and evening, and in the house for a variety of service and maintenance calls. I have witnessed Howard leaving and returning, babysitting his grandchildren, watching television, or reading the newspaper. Anyone in the house is easily visible as the house has twenty windows, which allow you to see through the house. The only people I have ever seen are his daughter (Annie), son-in-law (Eli), Mary, Kaitlin, and the grandchildren. Service trucks and delivery vehicles are in all the driveways in the area on a regular basis. Howard is always flexible with access to the house for servicing and repairs. **This is a man who is living a quiet, harmless, simple, and respectful life**. He is the center of the world of his grandchildren, who adore him and he them. He is not a flight risk, as he is not selfish, and fleeing would hurt his children, grandchildren, and himself. I urge you to grant Howard Rubin bail, as he is not an endangerment to society and is innocent until proven otherwise.

Respectfully,

*Denise Fernandez DC*

Denise Fernandez, D.C.