# EXHIBIT J

To Whom It May Concern:

I have known Howie Rubin for over 40 years--since we were assigned to be roommates at Harvard Business School.

The seriousness of these charges are unimaginable to someone who knows him. They do not represent the Howie I knew for over 30 years, nor the one I have gotten to know again for the past five years.

Howie was always a devoted father, but his relationship with his three grandchildren has been an even bigger pleasure to watch. He moved to Connecticut to be with them, and pretty much plays "Mr. Nanny" for them throughout the week. He is totally dedicated and committed to his family.

I am sure this is hard to reconcile with the nature of the charges against him, but the Howie I knew for many years and the one I reconnected with five years ago is a man truly devoted to his family and trying to put the past behind him.

Please feel free to reach out to me if I can be helpful at all.

Michael Fascitelli


September 2025