# EXHIBIT K

October 3, 2025

Your honor,

My name is Eli Driscoll, and I am the partner of Howard Rubin's daughter, Annalee, and father to his grandchildren. We have three children together with a fourth on the way, due in December. From the beginning of my relationship with Annalee, Howie has played a huge part in my life, opening his arms to me like family, right from the start. He's supported me in many ways, taking on the role of both father figure and friend over the 8 years I have known him.

My biological father took off when I was a child, leaving me without a male role model to look up to. Howie has far from made up for that for me. I have struggled with my physical and mental health – facing the challenge of severe diabetes alongside the emotional scarring from the relationship with my own family. Sadly, I haven't seen my mother and sister in over 3 years, and that is not easy. Howie has always been there for me with an open mind, a willingness to listen or talk through any challenge, and an endless willingness to support me.  He encourages me in all things and has an unshakeable faith that I can succeed. This support has been invaluable as I navigated life as a man, a partner, and a father. He has helped financially, allowing me to complete my degree and in turn, do better for myself and my family. While he may be much older than me, his is a friendship I treasure. I find joy in spending time with him and creating memories together.

When it comes to the life and family Annalee and I created, there isn't a day that goes by that he isn't ready to jump in and help. He loves my children without measure. He moves plans around immediately to be here for us if needs arise, always showing up for us in ways big and small.  I know he would do anything for his grandkids, and his dedication is a shining example of what a grandfather and a father should be. In the 8 years I have been a part of the Rubin family, I have seen everything he does, and continues to do, for Annalee and her two brothers. As long as I've known him, he's been caring, loving, and more than helpful. It has been a privilege to have him as a role model every day. I am very grateful for him and all the support he provides me, and for all the ways he shows up for me, Annalee and his grandchildren.

Thank you for your time and consideration,

Eli Driscoll