# EXHIBIT L

**Richard Correll**

**9/29/2025**

To Whom It May Concern,

I am writing in reference to Howard Rubin, whom I have had the pleasure of knowing since 2021, when his daughter, her husband and their children moved next door into our neighborhood.

From the very beginning, Howard has been nothing but kind, respectful, and approachable. He is one of the friendliest people in our community and always offers a polite conversation.

What stands out most to me is how devoted and loving he is with his grandchildren. It's clear how much they adore him, and how much care and attention he gives them in return. Whether it's playing outside or helping with daily routines, he is a constant and supportive figure.

Please feel free to contact me if needed.

Sincerely,
Richard Correll