# EXHIBIT M

Dear Mr. Gilbert,

I understand you are representing Howard ("Howie") Rubin in connection with his bail application. I don't know if this note will be helpful, but I thought it worthwhile to share my perspective on the Howie I have known and considered a close friend for the past 45 years.  Specifically, I firmly believe Howie is **not a flight risk** should bail be approved.

I know the charges against Howie are serious, but they don't represent the person I know. We first met in graduate school, and throughout all these years he has remained a caring, compassionate friend who has consistently been there for me through both good times and difficult ones. Even while he has faced his own personal challenges.

In particular, over the past four to five years, I have seen how the original accusations profoundly affected him. During this period, I have spoken with him regularly, and he has spent the majority of his time in Connecticut, living close to his daughter and grandchildren. Our conversations, once focused on business and personal matters, now center on family life and the joys and challenges of helping care for toddlers. His commitment to his family is unwavering, and it is clear to me that he would not abandon them. These years have brought a sense of calm and stability to his life.

I hope this perspective is useful to you. Please do not hesitate to reach out if I can provide any further information.

Sincerely,
Dan Marcus