# EXHIBIT N



# AFTER VISIT SUMMARY

**NewYork-Presbyterian**

**Howard A. Rubin** MRN: 1007184240    CEID: WMC-QTL3-7D47-RW4D    7/8/2025 - 7/9/2025    GBG 2 W NEURO

## Instructions

**DISCHARGE INSTRUCTIONS**

Thank you for choosing NewYork-Presbyterian Hospital for your care. Our staff is committed to consistently providing excellent care to all our patients and families. You will receive a survey and we would appreciate if you took the time to complete it. We count on survey results to continue providing excellent care and recognize our Doctors, Nurses, and Staff. Thank you in advance for sharing your experiences with our NYP healthcare team.

**EMERGENCY INSTRUCTIONS:**
For serious medical emergencies call 911. Call your doctor for other types of questions or if the symptoms that brought you to New York-Presbyterian Hospital return or get worse. If you cannot reach your doctor, call 911.



**Your medications have changed**

➤ START taking:
  **apixaban** (ELIQUIS)   *blood thinner*
  **atorvastatin** (LIPITOR)   *cholesterol*

Review your updated medication list below.

## Your Next Steps

  **Read**

☐ Read these attachments
  • After a Stroke: Taking a Blood Thinner for A Fib: Video (English)

## Disposition

You are being discharged to : Home or Self Care    Other (Comment)

## Why you were hospitalized

Your primary diagnosis was: Ischemic Stroke

Howard A. Rubin (MRN: 1007184240) • Printed at 7/9/2025  6:15 PM                Page 1 of 12   **Epic**

### Why you were hospitalized (continued)
Your diagnoses also included: Atrial Fibrillation, Primary Hypertension



### Activity instructions
Activity as tolerated



### Diet instructions
Diet:   Regular Diet
Regular Diet, NO dietary restrictions

### Follow Up Appointments

| NOV 3 | **Visual Field**<br>Monday Nov 3, 2025 8:00 AM | Weill Cornell Eye Associates<br>212 E 69th Street, Suite 5<br>New York NY 10065-6001<br>646-962-2020 |

| | **New Patient Visit with Marc Dinkin**<br>Monday Nov 3, 2025 8:30 AM | Weill Cornell Eye Associates<br>212 E 69th Street, Suite 5<br>New York NY 10065-6001<br>646-962-2020 |

## Lab Test Results - Not Final
## Please follow-up with your doctor / healthcare provider on these test results
None

## Discharge Medications Safety Steps
**IMPORTANT - Medication Safety Steps for You to Follow**
Keep a list of all the medication you are taking including:
- Prescription medication ordered by your health care provider
- Over-the-counter medication (like Tylenol, Aspirin, Advil or Motrin, cold or cough   medication, antacids, laxatives)
- Dietary supplements such as:
    Vitamins (like vitamin C or E)
    Minerals (like calcium or iron)
    Herbal remedies (like ginko biloba)

It is important for you to have this medication list.  It will help your health care provider in making decisions related to your health conditions.  Bring your medications with you when possible.

Things you should do:
- Make a list of all medications you are taking - include the medication name and strength, amount you take, time to be taken and the reason you are taking this medication.
- Carry this medication list with you at all times in case of an emergency.
- Give this medication list to your health care provider at your next visit.
- Update this list each time when there is a change to your medication.

Howard A. Rubin (MRN: 1007184240) • Printed at 7/9/2025  6:15 PM                                   Page 2 of 12   Epic

## Medication List

### START taking these medications

| | Morning | Around Noon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **apixaban** 5 MG Tablet<br>Commonly known as: ELIQUIS<br>Take 1 tablet (5 mg) by mouth 2 Times a Day.<br>Last time this was given: 5 mg on July 9, 2025 5:54 PM<br>Signed by: William T. Harris<br>For: Anticoagulant Therapy | ✓<br>1 tablet | | ✓<br>1 tablet | | |
| **atorvastatin** 80 MG Tablet<br>Commonly known as: LIPITOR<br>Take 1 tablet (80 mg) by mouth Bedtime for 30 days.<br>Last time this was given: 80 mg on July 8, 2025 9:07 PM<br>Signed by: William T. Harris<br>For: High Amount of Fats in the Blood | | | | ✓<br>1 tablet | |

### CONTINUE taking these medications

| | Morning | Around Noon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **diazePAM** 10 MG Tablet<br>Commonly known as: VALIUM<br>Take 1 tablet (10 mg) by mouth Nightly.<br>Last time this was given: 10 mg on July 8, 2025 10:42 PM<br>For: SEDATIVE, HYPNOTIC, OR ANXIOLYTIC DISORDERS | | | | ✓<br>1 tablet | |
| **Famotidine** 40 MG Tablet<br>Commonly known as: PEPCID<br>Take 1 tablet (40 mg) by mouth 2 Times a Day As directed..<br>Last time this was given: 40 mg on July 9, 2025 4:37 PM<br>For: Treatment to Prevent Stress Ulcers | ✓<br>1 tablet | | ✓<br>1 tablet | | |
| **finasteride** 1 MG Tablet<br>Commonly known as: PROPECIA<br>Take 1 tablet (1 mg) by mouth Daily.<br>For: Benign Enlargement of Prostate | ✓<br>1 tablet | | | | |

Medication List (continued)

CONTINUE taking these medications (continued)

| Medication | Morning | Around Noon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **latanoprost ophthalmic solution** 0.005 %<br>Solution ophthalmic solution<br>Commonly known as: XALATAN<br>Administer 1 drop to both eyes Every Evening.<br>Last time this was given: 1 drop on July 9, 2025 5:55 PM<br>For: Increased Pressure Within the Eye | | | ✓<br>1 drop | | |
| **metoprolol succinate** 50 MG Tablet ER 24 Hour<br>Commonly known as: TOPROL-XL<br>Take 1 tablet (50 mg) by mouth 2 Times a Day.<br>Last time this was given: Ask your nurse or doctor<br>For: High Blood Pressure | ✓<br>1 tablet | | ✓<br>1 tablet | | |
| **minoxidil** 2.5 MG Tablet<br>Commonly known as: LONITEN<br>Take 1 tablet (2.5 mg) by mouth Daily.<br>Last time this was given: 2.5 mg on July 9, 2025 8:32 AM<br>For: High Blood Pressure | ✓<br>1 tablet | | | | |
| **simvastatin** 40 MG Tablet<br>Commonly known as: ZOCOR<br>Take 1 tablet (40 mg) by mouth Daily.<br>For: High Amount of Fats in the Blood | ✓<br>1 tablet | | | | |
| **timolol ophthalmic solution** 0.5 % Solution ophthalmic solution<br>Commonly known as: ISTALOL<br>Administer 1 drop to both eyes Every Morning.<br>Last time this was given: Ask your nurse or doctor<br>For: Disease of the Eye and/or Vision | ✓<br>1 drop | | | | |
| **traZODone** 100 MG Tablet<br>Commonly known as: DESYREL<br>Take 1 tablet (100 mg) by mouth Nightly.<br>Last time this was given: 100 mg on July 8, 2025 10:42 PM<br>For: Depression | | | | ✓<br>1 tablet | |
| **zolpidem tartrate** 10 MG Tablet<br>Commonly known as: AMBIEN<br>Take 1 tablet (10 mg) by mouth Nightly.<br>Last time this was given: 10 mg on July 8, 2025 10:42 PM<br>For: Trouble Sleeping | | | | ✓<br>1 tablet | |