# EXHIBIT O

EMR/MEF:TBM/RSB
F. #2017R01960

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 25-281 (BMC) (S-1) |
| - against- | |
| HOWARD RUBIN,<br>    also known as "Howie"<br>    and "H,"<br>JENNIFER POWERS and<br>STEPHEN POWERS, | STATEMENT OF ALAN DORNFELD |
| Defendants. | |

------------------------------------------------x

I, ALAN DORNFELD, state as follows:

1. I am a New York certified public account and the owner of the Dornfeld Financial Planning Group.

2. I make this affidavit based on my personal knowledge and in support of Howard Rubin's bail application.

3. I have provided financial and accounting services to Mr. Rubin and his family since approximately 1983.

4. In 1999, I assisted Mr. Rubin in purchasing a variable whole life insurance policy. That policy remains in force today. While the policy was originally provided by Titan Life Insurance, the successor to that company, Crown Global Insurance Group ("Crown Global"), is the current insurer.

5. As is normally the case with variable whole life insurance policies, the policy has both a death benefit (the amount that is paid to the beneficiaries of the life insurance at the time of the policy holder's death) and a cash value, representing the premiums paid in to the

policy in excess of the amounts needed to cover the cost of the death benefit. As is typical with such policies, the cash value can be invested and, hopefully, grows over time. As is also typical of such policies, the policy holder may borrow against the cash value of the policy.

6. While Crown Global is domiciled in the Cayman Islands, the insurance company does not hold or manage the investments. The main investment is with a fund that is based in and invests almost exclusively in the United States (with the exception of approximately $244,000 which is invested in Spanish mortgages). Approximately $589,000 of Mr. Rubin's investments within the policy are in a fund of funds that may or may not have investments outside the United States.

7. To borrow against the Crown Global policy and access the funds, Mr. Rubin first contacts Crown Global by email to request the loan. Crown Global then emails the investment manager of the fund that manages the investments held within the policy, an entity based in the United States. The investment manager then sells whatever investments are needed to create the liquidity to satisfy the loan request. The investment manager instructs the financial institution at which the investment manager's brokerage account is held, also based in the United States, to wire the requested funds to Crown Global. Crown Global then wires the funds to Mr. Rubin and records the loan against his policy account.

8. The cash value of the policy today is approximately $76.3 million (as of June 2025) which is the corresponding amount reported on the Foreign Account Tax Compliance Act ("FATCA") form filed as of December 31, 2024. However, due to the loans Mr. Rubin has taken against the policy since its purchase in 1999, the current amount available to borrow is approximately $37 million.

9. Separately, the Mary Henry Family Trust also has a Crown Global policy. Mr. Rubin is one of three trustees, along with his two brothers.

10. Having known and worked with Mr. Rubin since, I do not believe he would ever flee the country or evade criminal proceedings.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: October 14, 2025

_Alan Dornfeld_
Alan Dornfeld