Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern _____ District of New York _____

Caption:

United States _____ v.

Rubin et al. _____

Docket No.: 25-cr-281 (BMC) _____

Hon. Brian M. Cogan _____
(District Court Judge)

Notice is hereby given that Howard Rubin _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment _____, other | ✔ Order denying Motion to Revoke Detention Order _____
(specify)

entered in this action on April 29, 2026 _____.
(date)

This appeal concerns: Conviction only | ___ Sentence only | ___ | Conviction & Sentence | ___ Other [ ✔

Defendant found guilty by plea | | trial | | N/A [ ✔ .

Offense occurred after November 1, 1987?  Yes | No [ N/A [ ✔

Date of sentence: _____ N/A | ✔ |

Bail/Jail Disposition: Committed | ✔ Not committed | N/A |

Appellant is represented by counsel? Yes ✔ | No | If yes, provide the following information:

Defendant's Counsel: Michael J. Gilbert

Counsel's Address: 30 Rockefeller Plaza

New York, New York 10112

Counsel's Phone: (212) 896-0611

Assistant U.S. Attorney: Raffaela Belizaire

AUSA's Address: 271-A Cadman Plaza East

Brooklyn, New York 11201

AUSA's Phone: (718) 254-6295

_____
Signature